IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARYL WOODS,          § | |
| Plaintiff,          § | |
| v.          § | No. 3:15-CV-2930-M (BF) |
| CAROLYN W. COLVIN,          § | |
| Acting Commissioner of the          § | |
| Social Security Administration,          § | |
| Defendant.          § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney recommending that this case be dismissed without prejudice. Although Plaintiff filed on November 23, 2015, a document not understandable by the Court, clearly it does not constitute objections to the Recommendation of the Magistrate Judge, nor does it comply with the Order of the Magistrate Judge of October 20, 2015. The District Court reviewed the Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that this case is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED** this 1st day of December, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS